ETHEL E. EBERSOLE, as Administratrix, etc., of RAYMOND I. EBERSOLE, Deceased, Respondent, v. THE PENNSYLVANIA RAILROAD COMPANY and EDWARD J. BOWERS,

* Amd. by Laws of 1923, chap. 250.— [REP.

Appellants.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.